UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL ANGELO RILEY,**<br>  *Defendant.* | Case No.<br><br><br>**FILED UNDER SEAL** |

### ORDER

Upon consideration of the Government's *Ex Parte* Motion for Limited Sealing of the Indictment and other Pleadings, Warrants, Files, and Records, and to Delay Entry on the Public Docket of the Filings of the Motion to Seal and all Related Matters, with exceptions that permit the government to disclose the existence of the Indictment, bench warrants, as well as other records and files in this case as necessary to effectuate the defendant's arrest and extradition, for the reasons set out therein and in consideration of *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is this _____ day of October, 2021, hereby,

**ORDERED** that the Indictment and other pleadings, warrants, files, and records be sealed, and that entry on the public docket of the filings of the motion to seal and all related matters be delayed, until the warrant authorizing the defendant's arrest is executed.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the existence of the Indictment, bench warrants, as well as other records and files in this case as necessary to effectuate the defendant's arrest and extradition.

It is further **ORDERED** that the criminal complaint and all other pleadings, warrants, records, and files in this case be unsealed, and the case placed on the public docket, without further motion from the government at such time as the warrant authorizing the defendant's arrest is executed.

It is further **ORDERED** that the government shall inform the Court as soon as practicable when the warrant authorizing the defendant's arrest is executed.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc:  MOLLY GASTON
     Assistant U.S. Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530