AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Angelo Riley<br><br>Defendant | Case No. 1:21-cr-628<br>Assign to: Judge Amy B. Jackson<br>Date Assigned: 10/14/2021<br>Description: INDICTMENT (B)<br>Case Related to 21-cr-155 (ABJ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Michael Angelo Riley

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(b)(2)(B) - Obstruction
18 U.S.C. § 1512(c)(1) - Obstruction

Date: 10/14/2021

City and state: Washington, D.C.

G. Michael Harvey
2021.10.14
17:01:52 -04'00'

*Issuing officer's signature*

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on (date) 10/15/21, and the person was arrested on (date) 10/15/21
at (city and state) WASHINGTON, DC.

Date: 10/15/21

*Arresting officer's signature*

STEPHEN R. HART / SPECIAL AGENT
*Printed name and title*