Sealed

AO 442 (Rev 01/09) Arrest Warrant

11344334

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM10:5
RECEIVED OCT 15 '21

United States of America
v.
Michael Angelo Riley

*Defendant*

)
)
)
)
)
)

Case No 1:21-cr-628
Assign to: Judge Amy B. Jackson
Date Assigned: 10/14/2021
Description: INDICTMENT (B)
Case Related to 21-cr-155 (ABJ)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Angelo Riley
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1512(b)(2)(B) - Obstruction
18 U.S.C. § 1512(c)(1) - Obstruction

Date: 10/14/2021

G. Michael Harvey
2021.10.14
17:01:52 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/2021, and the person was arrested on *(date)* 10/15/2021
at *(city and state)* Washington DC

Date: 10/15/2021

*Arresting officer's signature*

Steven Caldwell DEO
*Printed name and title*