UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-628 (ABJ)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL ANGELO RILEY,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Mary L. Dohrmann is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

 /s/ Mary L. Dohrmann
MARY L. DOHRMANN
NY Bar No. 5443874
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov