# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : CRIMINAL NO. 21-cr-628 |
| v. | : |
| | : Count 1: 18 U.S.C. § 1512(b)(2)(B) |
| **MICHAEL ANGELO RILEY,** | : (Obstruction) |
| | : |
| | : Count 2: 18 U.S.C. § 1512(c)(1): |
| **Defendant.** | : (Obstruction) |

## ERRATA

On October 15, 2021, the United States filed the Government's *Ex Parte* Motion for Limited Sealing of the Indictment and Other Pleadings, Warrants, Files, and Records, and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and All Related Matters (ECF No. 3). Paragraph 2 of that document incorrectly stated that Person 1 "has been sentenced criminally for his involvement in the events at the U.S. Capitol on January 6, 2021." Person 1 has not yet been sentenced criminally for his involvement in the events at the U.S. Capitol on January 6.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:      /s/ *Molly Gaston*
Molly Gaston (VA 78506)
Mary L. Dohrmann (NY 5443874)
Assistant United States Attorneys
D.C. United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 252-7803 (Gaston)
(202) 252- 7035 (Dohrmann)
Molly.Gaston@usdoj.gov
Mary.Dohrmann@usdoj.gov