NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:21-cr-628-ABJ

MICHAEL ANGELO RILEY
_____(Defendant)_____

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☑ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David Benowitz  DC Bar No. 451557
(Attorney & Bar ID Number)

Price Benowitz LLP
(Firm Name)

409 7th Street, NW, Suite 200
(Street Address)

Washington, DC 20004
(City)   (State)   (Zip)

o (202) 417-6000; c (202) 271-5249
(Telephone Number)