UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-628 |
| v. : | |
| : | |
| MICHAEL ANGELO RILEY, : | |
| : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER
AND TO DISCLOSE GRAND JURY TESTIMONY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order.

In addition, the United States respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury that returned the instant indictment insofar as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the

1

requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is appropriate because grand jury testimony in this case constitutes material to which the defendant is entitled as part of his discovery.

The government conferred with counsel for the defendant regarding this motion and proposed order, and the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Accordingly, the government respectfully requests an order entering the attached protective order and authorizing the disclosure of grand jury testimony to the defendant and his counsel. *See* Rule 6(e)(3)(E)(i).

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

By:       /s/ *Molly Gaston*
            Molly Gaston (VA 78506)
            Mary L. Dohrmann (NY 5443874)
            Assistant United States Attorneys
            D.C. United States Attorney's Office
            555 4th Street, N.W.,
            Washington, D.C. 20530
            (202) 252-7803 (Gaston)
            (202) 252- 7035 (Dohrmann)
            Molly.Gaston@usdoj.gov
            Mary.Dohrmann@usdoj.gov