# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No.: 21-cr-628-ABJ |
| v. | : | |
| MICHAEL ANGELO RILEY, | : | |
| *Defendant*. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin,

& White, LLC as counsel for Defendant Michael Angelo Riley in the above-referenced matter.

Dated: October 26, 2021                    Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

        /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant*