**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No.: 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : |

### NOTICE OF APPEARANCE

Please enter the appearance of M. Evan Corcoran of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Michael Angelo Riley in the above-referenced matter.

Dated: October 26, 2021            Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

       /s/ M. Evan Corcoran      
M. Evan Corcoran (D.C. Bar No. 440027)
210 N. Charles Street, 26th Floor
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: ecorcoran@silvermanthompson.com

*Counsel for Defendant*