**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.: 21-cr-628-ABJ |
| v. : | |
| MICHAEL ANGELO RILEY, : | |
| *Defendant*. : | |

### NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. White of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Michael Angelo Riley in the above-referenced matter.

Dated: October 26, 2021          Respectfully submitted,

                                                        **SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

                                                        s/ Andrew C. White
                                                        Andrew C. White (Federal Bar No. 08821)
                                                        201 N. Charles Street, 26th Floor
                                                        Baltimore, MD  21201
                                                        Telephone: (410) 385-2225
                                                        Facsimile:  (410) 547-2432
                                                        Email: awhite@silvermanthompson.com

                                                        *Counsel for Defendant*