# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES** ) <br> ) <br> **v.** ) <br> ) <br> **MICHAEL ANGELO RILEY,** ) <br> **Defendant.** ) <br> ) | Crim. No.: 1:21-cr-628-ABJ |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully moves this Court for leave to withdraw as counsel in the above matter. In support of this Motion, counsel states the following:

1. Mr. Riley has retained new counsel who has entered an appearance in this matter. (ECF 18).

2. Counsel has notified Mr. Riley of his intent to withdraw as counsel.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that this Court grant counsel's Motion for leave to withdraw as counsel.

Respectfully submitted,

_____/s/_____
David Benowitz
Bar # 451557
*Counsel for Michael Riley*
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, D.C. 20004
(202) 271-5249
David@PriceBenowitz.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of October 2021, a true and correct copy of the foregoing Motion to Withdraw was electronically served on the parties in this case via the Court's CM/ECF system.

                                                  _____/s/_____
                                                  David Benowitz