**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES** ) ) ) v. ) **Crim. No.: 1:21-cr-628-ABJ** ) **MICHAEL ANGELO RILEY,** ) Defendant. ) ) | |

**ORDER**

Upon consideration of counsel's Motion for Leave to Withdraw as Counsel for Michael Riley in the above matter, it is hereby **ORDERED,** that the Motion is **GRANTED.**

_____  _____
**DATE**                                                                                 **AMY BERMAN JACKSON**
                                                                                                  **United States District Judge**