# Exhibit 3




**CAPITOL POLICE BOARD**
S-151 The Capitol
WASHINGTON, DC 20510
PHONE (202) 224-2341

**KAREN H. GIBSON, Chair**
**WILLIAM J. WALKER, Member**
**J. BRETT BLANTON, Member**
**J. THOMAS MANGER, Ex-Officio Member**

December 2, 2021

Mr. Michael A. Riley

Dear Mr. Riley:

Please accept our congratulations on your retirement from the United States Capitol Police, serving most recently as a K-9 Technician. Since 1996, you have represented the United States Capitol Police – and Congress – with honor and distinction.

Through your many years of service with the United States Capitol Police, you have consistently demonstrated the leadership and integrity which are absolutely essential in law enforcement excellence. Your attention to duty, professionalism, and dedication are above reproach, and each serve as a tribute to your character. Your hard work will leave a lasting impression on the department for many years to come.

On behalf the entire Congressional Community, we thank you for your service to our nation. Please accept our heartfelt congratulations on your retirement and our very best wishes in all of your future endeavors.

Sincerely,

The Honorable Karen H. Gibson
Chair, Capitol Police Board
Sergeant at Arms and Doorkeeper
United States Senate

The Honorable William J. Walker
Member, Capitol Police Board
Sergeant at Arms
United States House of Representatives

The Honorable J. Brett Blanton
Member, Capitol Police Board
Architect of the Capitol

Chief J. Thomas Manger
Ex-Officio Member, Capitol Police Board
United States Capitol Police