IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No.: 21-cr-628-ABJ |
| v. | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant*. | : |

## ORDER

Upon consideration of the Defendant's Motion to Compel Discovery, the Government's response, and the Defendant's reply, it is this _____ day of _____, 2022, ORDERED:

1. Defendant's Motion to Compel Discovery is granted; and

2. The Government shall produce to the Defendant the information sought in its Motion to Compel within ten days.

SO ORDERED.

_____
AMY BERMAN JACKSON,
United States District Judge