IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :<br>: No.: 21-cr-628-ABJ<br>:|
| v. | : : |
| MICHAEL ANGELO RILEY, | : : |
| *Defendant*. | : : : |

**DEFENDANT'S *UNOPPOSED* MOTION TO
EXTEND THE TIME TO FILE CERTAIN PRETRIAL MOTIONS**

Defendant Michael Angelo Riley, through undersigned counsel, respectfully requests that the Court extend the time for Defendant to file any motions required by the Court's February 24, 2022 Order and to adopt the proposed briefing schedule agreed to by the parties, and states as follows:

1. On October 14, 2021, an Indictment was filed in this matter charging the Defendant with two counts of Obstruction (D.E. 1).

2. On February 24, 2022, the parties appeared for a status hearing, wherein the Court issued an Order requiring the Defendant to file any pretrial motions "listed in Fed. R. Crim. P. 12(b)(3)" or "pursuant to Fed. R. Crim. P. 21" by April 8, 2022, with the Government's oppositions to be filed by April 22, 2022, and any reply submissions to be filed by the Defendant by April 29, 2022.

3. The Defendant requests a brief extension of the motions deadlines in the Court's February 24, 2022 Order and has conferred with counsel for the Government, who on behalf of

the Government, does not oppose the requested extension and has recommended dates that do not conflict with Government counsel's upcoming court obligations.

4. As the trial of this matter is scheduled for September 19, 2022, no other deadlines will be altered by the requested extension. This is the Defendant's first request for an extension of time and is brought as a result of Defendant's counsel's other case demands and the fact that the Defendant's investigation of this matter is still continuing, discovery is still ongoing, and Defendant's motion to compel discovery is still pending.

5. Consistent with the accompanying proposed Order, the Defendant requests that any motions listed in Fed. R. Crim. P. 12(b)(3) or pursuant to Fed. R. Crim. P. 21 be filed by the Defendant by May 16, 2022, the Government file any oppositions to such motions by May 30, 2022; and the Defendant file any reply submissions by June 6, 2022.

6. For all these reasons, the Defendant respectfully requests that the Court grant the Defendant's *unopposed* motion and adopt the proposed briefing schedule agreed to by the parties.

Dated: March 28, 2022               Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

  /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Andrew C. White (Federal Bar No. 08821)
M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt Street. Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
Facsimile: (410) 547-2432
Email: awhite@silvermanthompson.com
Email: ecorcoran@silvermanthompson.com