IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :<br>: No.: 21-cr-628-ABJ<br>: |
| v. | : : |
| MICHAEL ANGELO RILEY, | : : |
| *Defendant*. | : : |

## **ORDER**

Upon consideration of the Defendant's *Unopposed* Motion to Extend the Time to File Certain Pretrial Motions, it is this _____ day of _____, 2022, ORDERED:

1. Defendant's *Unopposed* Motion to Extend the Time to File Certain Pretrial Motions is granted;

2. The Defendant shall file any pretrial motions listed in Fed. R. Crim. P. 12(b)(3) or pursuant to Fed. R. Crim. P. 21 by May 16, 2022;

3. The Government shall file any oppositions by May 30, 2022; and

4. The Defendant shall file any reply submissions by June 6, 2022.

SO ORDERED.

_____
AMY BERMAN JACKSON,
United States District Judge