IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No.: 21-cr-628-ABJ |
| v. : | |
| MICHAEL ANGELO RILEY, : | |
| *Defendant*. : | |

## DEFENDANT'S NOTICE REGARDING SPEEDY TRIAL ACT EXCLUSION

In response to this Court's Minute Order dated March 29, 2022, Defendant Michael Angelo Riley, through undersigned counsel, respectfully notifies the Court that the Defendant agrees to the "exclusion of the time between April 8, 2022 and May 16, 2022 from the Speedy Trial Act calculation." As Defendant's investigation of this matter is still continuing, discovery is still ongoing, and Defendant's motion to compel discovery is still pending, the Defendant believes that the ends of justice served by the above-referenced exclusion of time outweigh the best interest of the public and the Defendant in a speedy trial.

Dated: March 30, 2022                    Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

        /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Andrew C. White (Federal Bar No. 08821)
M. Evan Corcoran (D.C. Bar No. 440027)
400 E. Pratt Street. Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-2225
Facsimile:  (410) 547-2432
Email: awhite@silvermanthompson.com
Email: ecorcoran@silvermanthompson.com
