# Exhibit 1



*A Limited Liability Company*
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone (202) 921-2225
www.silvermanthompson.com
Baltimore | Towson | Washington, DC

Writer's Direct Contact:
Christopher Macchiaroli
(202) 921-2225
cmacchiaroli@silvermanthompson.com

May 9, 2022

**VIA EMAIL**
Molly Gaston, Esq.
Mary Dohrmann, Esq.
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

Re:   *United States v. Michael Angelo Riley*, 21-cr-628-ABJ

Dear Counsel:

We write to follow up regarding the timeline of the Government's expected production of additional discovery pursuant to the Court's Order on the Defendant's Motion to Compel Discovery.

Specifically, the Government was required to produce: (i) "records showing the date any grand jury that is the subject of Count One was empaneled as well as any records, if any, showing when the U.S. Capitol Police was notified that such a grand jury had been convened;" (ii) documents "that reflect offers or promises made, including informal communications among counsel" relating to the Government's cooperator Jacob Hiles; and (iii) "downloads and reports arising from all electronic devices and social media accounts seized and searched" from Mr. Hiles as it pertains to "any material discovered on those devices or accounts that mentioned or related to the defendant in any way."

In its Order, the Court also noted that if the "defendant seeks video evidence of his activities at specific locations at the Capitol on January 6, the government must make the video evidence in its possession available." Consistent with the Court's Order, Officer Riley requests the following video and/or radio communications from January 6, 2021 at the United States Capitol and surrounding areas as described below:

| Approximate Time of Commencement | Approximate Location | Actions by Officer Riley |
|---|---|---|
| 12:45 p.m. | 300 Block of First Street, SE & New Jersey Avenue/C Street, SE | Responding to pipe bomb incident; search of vehicles with K-9; and securing the area. |
| 3:00 p.m. | Senate Subway | Responding to assist downed officer (Ofc. Chow). |

Page 2

| 6:00 p.m. | East Front of U.S. Capitol | Securing east front of the U.S. Capitol; and searching for potential explosives. |

    Finally, Officer Riley requests confirmation that the Government advised the grand jury that it could not rely on a Federal Bureau of Investigation or United States Capitol Police investigation when evaluating whether Officer Riley obstructed an "official proceeding" as charged in the Indictment in this matter.

    Sincerely,

    SILVERMAN THOMPSON SLUTKIN & WHITE LLC

    *C. Macchiaroli*

    Andrew C. White, Esq.
    Christopher Macchiaroli, Esq.
    M. Evan Corcoran, Esq.

    *Counsel for Michael Angelo Riley*