IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 21-cr-628-ABJ |
| v. | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant*. | : |

# **ORDER**

Upon consideration of the Defendant's Motion to Dismiss Indictment, the Government's response, and the Defendant's reply, it is this _____ day of _____, 2022, ORDERED that Defendant's Motion to Dismiss Indictment is granted.

SO ORDERED.

_____
AMY BERMAN JACKSON,
United States District Judge