UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>    *Defendant.* | Case No. 21-CR-00628 (ABJ) |

### NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Anne P. McNamara, Assistant U.S. Attorney, hereby enters her appearance on behalf of the United States. AUSA McNamara is available at 202-809-3502 (cell) and Anne.McNamara2@usdoj.gov.

Dated: July 20, 2022

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY


       */s/ Anne P. McNamara*
    Anne P. McNamara
    Assistant United States Attorney
    D.C. Bar No. 1006550
    601 D Street, N.W.
    Washington, D.C. 20579
    Phone: 202-809-3502
    Email: Anne.McNamara2@usdoj.gov