# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : : : : | No. 21-cr-628-ABJ |
| v. | : : | |
| MICHAEL ANGELO RILEY, | : : | |
| *Defendant*. | : : : : | |

## JOINT MOTION TO CONTINUE TRIAL

The parties, through their respective undersigned counsel, respectfully move this Court for an Order continuing the trial presently scheduled for September 19, 2022 (and corresponding pretrial dates) and state as follows:

1.     On February 24, 2022, this Court issued an Order setting a jury trial in this matter for September 19, 2022, with a pretrial conference scheduled for September 15, 2022. On May 2, 2022, this Court issued a Pretrial Scheduling Order that required a Joint Pretrial Statement to be filed in this matter on or before September 1, 2022.

2.     Upon review of the Court's docket, another jury trial is set to proceed before the Court on September 19, 2022 for a defendant held without bond. *See United States v. Green*, 20-cr-0222-ABJ.

3.     The parties have conferred and would respectfully request that the Court hold a status conference to select a new trial date and that in the interim, the Court vacate the previously scheduled trial and pretrial conference dates and deadline for submission of a Pretrial Statement in this matter.

4.      While the pendency of the Government's motion *in limine* (D.E. 39) has tolled the

running of the Speedy Trial Act, the Defendant otherwise consents to the exclusion of time

between the present date and the setting of a new trial date.

5.      Accordingly, the parties respectfully request that the Court grant their joint motion

and enter their proposed Order that accompanies the motion.

Dated: August 3, 2022                          Respectfully submitted,

                                               MATTHEW M. GRAVES
                                               United States Attorney
                                               D.C. Bar Number 481052

                                               */s/ Mary L. Dohrmann*
                                               MARY L. DOHRMANN
                                               Assistant United States Attorney
                                               NY Bar No. 5443874
                                               601 D Street N.W.
                                               Washington, DC 20530
                                               Mary.Dohrmann@usdoj.gov
                                               (202) 252-7035

                                               */s/ Anne P. McNamara*
                                               ANNE P. MCNAMARA
                                               Assistant United States Attorney
                                               DC Bar No. 1006550
                                               601 D. Street N.W.
                                               Washington, DC 20530
                                               Anne.McNamara2@usdoj.gov
                                               (202) 809-3502

                                               *Counsel for the United States of America*

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Andrew C. White (Federal Bar No. 08821)
M. Evan Corcoran (D.C. Bar No. 440027)
400 East Pratt Street, Suite 900
Baltimore, Maryland  21202
Telephone: (410) 385-2225
Facsimile:  (410) 547-2432
Email: awhite@silvermanthompson.com
Email: ecorcoran@silvermanthompson.com

*Counsel for Defendant*