IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :   No. 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

## ORDER

Upon consideration of the parties' joint motion to continue trial, and for good cause show, it is hereby ORDERED:

1. The jury trial scheduled for September 19, 2022 and the Pretrial Conference scheduled for September 15, 2022 are hereby VACATED;

2. The parties' September 1, 2022 deadline for the submission of a Joint Pretrial Statement is VACATED;

3. The parties are to appear for a status conference on _____, 2022 at _____ for the selection of a new trial date.

4. The time between August 3, 2022 and the parties' status hearing will be excluded from the Speedy Trial Act calculation pursuant to Defendant's waiver

Dated: August\_\_\_\_, 2022

_____
Amy Berman Jackson,
United States District Judge