**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 21-cr-628-ABJ |
| | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant*. | : |

**NOTICE OF APPEARANCE**

Please enter the appearance of Emma J. Mulford of Silverman, Thompson, Slutkin, & White, LLC as retained co-counsel for Defendant Michael Angelo Riley in the above-referenced matter.

Dated: August 31, 2022          Respectfully submitted,

S‍ILVERMAN|T‍HOMPSON|S‍LUTKIN|W‍HITE, LLC

*/s/ Emma J. Mulford*
Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant*