UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>Defendant. | Case No. 21-CR-628 (ABJ) |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's Scheduling Order entered May 2, 2022 (ECF No. 33), the parties hereby submit a joint pretrial statement.

**a)**     **Proposed Statement of the Case**

A copy of each party's proposed statement of the case is attached to this submission as Exhibit A.

**b)**     **Estimate of the Number of Trial Days**

The government anticipates that its case-in-chief will last approximately three trial days. The defense anticipates that its case-in-chief will also last approximately three trial days.

**c)**     **List of Outstanding Motions in Limine**

Government's Omnibus Motion *in Limine* (ECF No. 39)

**d)**     **Proposed Jury Instructions**

A copy of the parties' proposed instructions (including instructions from the Standardized Criminal Jury Instructions for the District of Columbia) is attached to this submission as Exhibit B.

**e)**     **List of Expert Witnesses**

Neither party intends to call an expert witness in their case-in-chief.

f)  **List of Prior Convictions**

The government is not aware of any prior convictions of the defendant.

g)  **List of Exhibits**

A copy of the government's exhibit list is attached to this submission as Exhibit C.  The defense objections to the government's exhibits are listed in the far-right column.  A copy of the defense's exhibit list is attached to this submission as Exhibit D.  The government's objections to the defendant's exhibits are listed in the far-right column.  The parties request the Court's permission to amend their exhibit lists in advance of trial as needed during the course of trial preparation.

h)  **List of Witnesses**

A copy of the government's list of potential witnesses whom the jury may hear from or about is attached to this submission as Exhibit E.  A copy of the defense's list of potential witnesses whom the jury may hear from or about is attached to this submission as Exhibit F.  The parties request the Court's permission to amend their witness lists in advance of trial as needed during the course of trial preparation.

i)  **Stipulations**

The parties do not have any proposed stipulations at this time but may attempt to reach certain stipulations as to evidence the Defendant may seek to admit, contingent on the Court's ruling on the Government's pending Omnibus Motion *in Limine*.

j)  **Judicial Notice**

The parties are not requesting judicial notice at this time.

k)  **Proposed Verdict Form**

A copy of the proposed verdict form is attached as Exhibit G.

l)   **Proposed Voir Dire**

A copy of the proposed *voir dire* questions is attached as Exhibit H.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN
Assistant United States Attorney
NY Bar No. 5443874
601 D Street N.W.
Washington, DC 20530
Mary.Dohrmann@usdoj.gov
(202) 252-7035

*/s/ Anne P. McNamara*
ANNE P. MCNAMARA
Assistant United States Attorney
DC Bar No. 1006550
601 D. Street N.W.
Washington, DC 20530
Anne.McNamara2@usdoj.gov
(202) 809-3502

*Counsel for the United States of America*

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant*

3