# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>Defendant. | Case. No. 21-CR-628 (ABJ) |

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE**

The Indictment in this case charges the Defendant, Michael Angelo Riley, with two counts of obstruction of justice. Count One alleges that the Defendant obstructed justice by directing another person to remove from Facebook information about that person's activities at the U.S. Capitol on January 6, 2021. Count Two alleges that the Defendant obstructed justice by deleting his own Facebook messages with that other person.

Specifically, Count One of the Indictment alleges that on or about January 7, 2021, the Defendant committed obstruction when he initiated contact through a Facebook direct message with an individual named Jacob Hiles, and knowingly and corruptly persuaded or attempted to persuade Hiles to take down records from Facebook relating to Hiles' conduct at the U.S. Capitol on January 6, 2021, with the intent of making the records unavailable for use in an official proceeding, that is, the federal grand jury investigation resulting from the January 6 breach of the U.S. Capitol.

Count Two of the Indictment alleges that on or about January 20, 2021, after learning that Jacob Hiles had been arrested and interviewed by the Federal Bureau of Investigation and informed them that he had been communicating with the Defendant, the Defendant committed obstruction when he deleted his own Facebook communications with Hiles to impair their use in an official

2

proceeding, that is, the federal grand jury investigation resulting from the January 6 breach of the U.S. Capitol.

The Defendant denies the allegations in Count One and Count Two.

## **DEFENDANT'S PROPOSED STATEMENT OF THE CASE**

The Indictment in this case charges the Defendant, Michael Angelo Riley, with two counts of obstruction of justice. Count One alleges that the Defendant obstructed justice by directing Jacob Hiles to take down from Facebook a part of a Facebook post referencing Mr. Hiles' presence inside the United States Capitol on January 6, 2021 with the intent of making the portion of the Facebook post unavailable in a grand jury proceeding. Count Two alleges that the Defendant obstructed justice by deleting his Facebook messages with Jacob Hiles with the intent of making those Facebook messages unavailable in a grand jury proceeding.

The Defendant denies that he obstructed justice or that he intended to obstruct justice.