# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MICHAEL ANGELO RILEY,

    *Defendant.*

Case No. 21-CR-00628 (ABJ)

## GOVERNMENT'S EXHIBIT LIST

The Government's list of exhibits that it may introduce its case-in-chief is below. Pursuant to the Court's Scheduling Order (ECF No. 33), the Government respectfully reserves the right to amend its list as necessary in preparation for trial and for any rebuttal to the Defendant's case-in-chief.

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Defense Objs.[1] |
|---|---|---|---|---|---|---|---|
| 1 | Sec. 3331, Title 5 U.S.C. Oath, dated Apr. 8, 1996 | USA-003485 | | | | | 401, 403 |
| 2 | USCP Schedule, January 6, 2021 | USA-001887-USA-001897 | | | | | 106 |
| 3 | Verizon Call Detail Records & Subscriber Information | USA-002352, USA-002336 | | | | | |
| 4.1 | Facebook Certificate of Authenticity | USA-002103 | | | | | 401, 403, 801 |

---

[1] All numerical references contained herein refer to specific Federal Rules of Evidence. The Defendant reserves his right to revise and supplement his objections upon consultation with the Government and after reviewing the final version of the Government's exhibits and recently produced discovery.

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Defense Objs.[1] |
|---|---|---|---|---|---|---|---|
| 4.2 | Facebook Index | USA-002125-USA-002126 | | | | | |
| 4.3 | Facebook Subscriber Information | USA-002104-USA-002123 | | | | | |
| 5.1 | J.H. Cell Phone Screenshot | USA-003039 | | | | | |
| 5.2 | J.H. Cell Phone Screenshot | USA-003040 | | | | | |
| 5.3 | J.H. Cell Phone Screenshot | USA-003041 | | | | | |
| 5.4 | J.H. Cell Phone Screenshot | USA-003042 | | | | | |
| 5.5 | J.H. Cell Phone Screenshot | USA-003043 | | | | | |
| 5.6 | J.H. Cell Phone Screenshot | USA-003044 | | | | | |
| 5.7 | J.H. Cell Phone Screenshot | USA-003045 | | | | | |
| 5.8 | J.H. Cell Phone Screenshot | USA-003046 | | | | | |
| 5.9 | J.H. Cell Phone Screenshot | USA-003047 | | | | | |
| 6 | J.H. Cell Phone – Call Log | USA-003064 | | | | | 901 |
| 7 | J.H. Cell Phone – Contact Card | USA-003065 | | | | | 901 |
| 8 | J.H. Facebook Records – Friend Request From Riley | USA-002967-USA-002969 | | | | | |
| 9 | J.H. Facebook Records – Post, Messages with Riley | USA-002756-USA-002821 | | | | | |
| 10.1 | J.H. Facebook Records – Accompanying Videos | USA-004354 | | | | | 403, 901 |
| 10.2 | J.H. Facebook Records – Accompanying Videos | USA-004355 | | | | | 403, 901 |
| 10.3 | J.H. Facebook Records – Accompanying Videos | USA-004356 | | | | | 403, 901 |

3

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Defense Objs.[1] |
|---|---|---|---|---|---|---|---|
| 10.4 | J.H. Facebook Records – Accompanying Videos | USA-004357 | | | | | 403, 901 |
| 10.5 | J.H. Facebook Records – Accompanying Videos | USA-004358 | | | | | 403, 901 |
| 10.6 | J.H. Facebook Records – Accompanying Videos | USA-004359 | | | | | 403, 901 |
| 11 | J.H. Facebook Records – V.L. | USA-003795-USA-003801 | | | | | 801, 901 |
| 12 | Riley Facebook – J.H. | USA-004078-USA-004095 | | | | | |
| 13 | Riley Facebook – B.S. | USA-004220-USA-004266 | | | | | |
| 14 | B.S. Facebook Video | USA-002509 | | | | | 901 |
| 15 | Riley Cell Phone – V.L. | USA-003154-USA-003164 | | | | | |
| 16 | Riley Cell Phone – G.P. | USA-003165-USA-003169 | | | | | |
| 17 | Riley USCP Timesheets | USA-004360-USA-004369 | | | | | 401, 403, 801, 901 |