# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-CR-00628 (ABJ) |
| MICHAEL ANGELO RILEY, | |
| *Defendant.* | |

## DEFENDANT'S EXHIBIT LIST

The Defendant's list of exhibits that he may introduce in his case-in-chief is below. This list does not include any exhibits that the Defendant may use to cross-examine the Government's witnesses, use to refresh their recollection, or to impeach them if necessary. Pursuant to the Court's Scheduling Order (ECF No. 33), the Defendant respectfully reserves his right to amend his list as necessary in preparation for trial and in response to any changes made by the Government to its witness and exhibits lists (per its reservation to do so).[1]

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't's Objs. |
|---|---|---|---|---|---|---|---|
| 1 | U.S. Capitol Police Legal Refresher (2020) | | | | | | 106, 401, 403 |
| 2 | Jacob Hiles-January 6, 2022 Facebook Post | | | | | | 401, 403, 801(c) |
| 3 | Jacob Hiles Complaint | | | | | | 401, 403 |
| 4 | Jacob Hiles Information | | | | | | 401, 403 |

---

[1] On August 26, 2022, the Government made a production of discovery to the defense. The review of that discovery is still ongoing, which may require revisions to the Defendant's witness and exhibits lists.

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't's Objs. |
|---|---|---|---|---|---|---|---|
| 5 | Jacob Hiles Statement of Offense | | | | | | 401, 403 |
| 6 | Jacob Hiles Plea Agreement | | | | | | 401, 403 |
| 7 | Jacob Hiles Judgment & Commitment Order | | | | | | 401, 403 |
| 8 | Government Sentencing Memorandum in U.S. v. Hiles | | | | | | 401, 403 |
| 9 | Hiles Sentencing Memorandum | | | | | | 401, 403, 801(c) |
| 10 | May 22, 2022 Hiles Facebook Post | | | | | | 401, 403 |
| 11 | December 2, 2021 Ltr. from Capitol Police Board | | | | | | 401, 403, 404 |
| 12 | Riley 2021 Career Service Award | | | | | | 106, 401, 403, 404 |
| 13 | Riley 25 Year Certificate | | | | | | 106, 401, 403, 404 |
| 14 | Photo of Fedex Box for Capitol Police Award and Certificate | | | | | | 106, 401, 403, 404 |
| 15 | SA Hart Recording Riley Interview | USA-002618 | | | | | 801(c), 401, 403 |
| 16 | SA Merriman Recording Riley Interview | USA-002620 | | | | | 801(c), 401, 403 |
| 17 | Transcript of Riley Interview | USA-3531-3577 | | | | | 801(c), 401, 403 |
| 18 | Riley Facebook Communications with Hiles | USA-3119-3120 | | | | | 403 (cumulative of Gov't Exhibit) |
| 19 | Composite Video of Michael Riley on January 6, 2022 (*Pending*) | | | | | | 106, 401, 403, 404 |

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't's Objs. |
|---|---|---|---|---|---|---|---|
| 20 | BWC Video-20210106_ASSS_USCap_201_1st_St_NE 9:11 to 10:22 | | | | | | 106, 401, 403, 404 |
| 21 | Email from Hiles Counsel to Government | USA-4302 | | | | | 106, 401, 403 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |