# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>    *Defendant.* | Case No. 21-CR-00628 (ABJ) |

**GOVERNMENT'S WITNESS LIST**

The Government's list of witnesses whom the jury may hear from or about during its case-in-chief is below.[1] Pursuant to the Court's Scheduling Order (ECF No. 33), the Government respectfully reserves the right to call unlisted witnesses as necessary in any rebuttal to the Defendant's case-in-chief.

   (1) Special Agent Stephen Hart, FBI

   (2) Civilian with initials B.S.

   (3) Civilian with initials J.H.*

   (4) U.S. Capitol Police Officer with initials V.L.*

   (5) U.S. Capitol Police Officer with initials G.P.*

   (6) Special Agent Brandon Merriman, FBI*

---

[1] Witnesses with an asterisk (*) next to their name are individuals whom the Government does not intend to call, but whom the jury may hear about during its case-in-chief.