# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>Defendant. | Crim. No. 21-CR-628 (ABJ) |

## VERDICT FORM

### Count 1

**I.** How do you find Defendant Michael Angelo Riley on the charge of Obstruction of Justice in Count 1 of the Indictment?

_____Guilty        _____Not Guilty

### Count 2

**II.** How do you find Defendant Michael Angelo Riley on the charge of Obstruction of Justice in Count 2 of the Indictment?

_____Guilty        _____Not Guilty

_____        _____

Foreperson Signature                                    Date