# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>*Defendant.* | Case No. 21-CR-00628 (ABJ) |

**PROPOSED VOIR DIRE**

The parties jointly proposed *voir dire* is below.  The parties propose the following *voir dire* with the understanding that, depending on the venire's answers, follow-up through individual *voir dire* may be required.

Knowledge of the Parties and Other Jurors

1. The United States is represented in this case by Assistant United States Attorneys Mary L. Dohrmann and Anne P. McNamara.   They will be assisted in this trial by Mariela Andrade. Are you personally acquainted with, do you have any connection to or association with, or have you had any contact with Ms. Dohrmann, Ms. McNamara, or Ms. Andrade?

2. The Defendant is represented by Christopher Macchiaroli, Emma Mulford, and Evan Corcoran.  Are you personally acquainted with, do you have any connection to or association with, or have you had any contact with Mr. Macchiaroli, Ms. Mulford, or Mr. Corcoran?

3. The Defendant is Michael Angelo Riley.   Are you personally acquainted with, do you have any connection to or association with, or have you had any contact with Mr. Riley?

4. The following is a list of individuals that you may hear from or about in this case.   [LIST OF POTENTIAL WITNESSES].  Are you personally acquainted with, do you have any connection to or association with, or have you had any contact with any of these individuals?

5. Please look around you.   Do you know or recognize any other member of the prospective jury panel, any member of the courtroom staff, or me?

Knowledge of the Case and January 6, 2021 Specific Questions

2

6. Is there anything about the nature of the charges in this case or the parties involved that would prevent you from deciding this case fairly?

7. Have you heard, seen, or read anything, from any source, about this case?

    a. If you have heard, seen, or read anything about this case, have you formed any opinions about this case based on what you have heard, seen, or read?

    b. If you have heard, seen, or read anything about this case, is there anything about your knowledge of this case that would prevent you from following the Court's instructions and reaching a verdict based solely on the evidence presented during the trial?

8. Have you ever written or said anything for public consumption about the Defendant? For purposes of this question, writings or statements for public consumption include blog posts, articles, podcasts, or posts on any internet sites that are accessible to the general public.

9. During the pendency of this trial, I will instruct you not to watch, read, or listen to any news, commentary, or online postings related to this case, including from newspapers, television, radio, podcasts, social media, or anything else on the internet. Would you have any trouble following that instruction?

10. As you sit here, do you have an opinion about the Defendant's guilt or innocence in this case?

11. During the course of this trial, you will hear about the events at the United States Capitol on January 6, 2021. Do you, any member of your family or close friend live, work near or have any special familiarity with the immediate area of the United States Capitol?

12. Have you watched video of what happened at the U.S. Capitol on January 6, 2021, on the news or on the Internet?

    a. Approximately how many times have you seen video or news programs depicting these events?

    b. From what source—that is, what news program, website, or social media platform—did you view those videos?

13. Do you or someone you know have any direct or indirect connection to events at the U.S. Capitol on January 6, 2021?

14. Have you been following the investigation of the events of January 6, 2021, at the United States Capitol in the news media or on the internet?

15. No matter what you have heard or seen about events at the U.S. Capitol on January 6, 2021, and no matter what opinions you may have formed, can you put all of that aside and decide this case only on the evidence you receive in court, follow the law, and decide the case in a fair and impartial manner?

Experience with the Legal System and U.S. Government

16. Have you, a family member, or anyone close to you ever studied law or worked in the legal profession in any way, including as a lawyer, paralegal, assistant, or investigator, and including in a prosecutor's or defense attorney's office, or in a courthouse?

17. Have you, a family member, or anyone close to you ever been the subject of a criminal investigation or accused of, arrested for, or charged with a crime?

18. If you answered yes to question 17, was there anything about that experience that you feel would not allow you to serve fairly and impartially as a juror in this trial?

19. Have you, a family member, or anyone close to you ever been the victim of or a witness to a crime, regardless of whether that crime was reported to law enforcement, or testified in court or before a grand jury as a witness to a crime?

20. Have you ever served on a grand jury?

21. Have you ever served as a juror in a civil or criminal trial in either federal, state, or local court?

22. If you have ever served on a grand jury or as a juror in a civil or criminal trial, was there anything about your service that might affect your ability to serve fairly and impartially as a juror at this trial?

23. You will hear and see evidence in this case that the Defendant was a sworn United States Capitol Police Officer at the time of the charged offenses. Have you, a family member, or anyone close to you ever worked for or provided services to the U.S Capitol Police?

24. Have you, a family member, or anyone close to you ever been employed by any other local, state, or federal law enforcement agency, or private security company?  Law enforcement agencies include, for example, the D.C. Metropolitan Police Department, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Bureau of Alcohol, Tobacco Firearms, and Explosives.

25. As you have heard, the Defendant was a United States Capitol Police officer at the time of the charged offenses.  Do you have any beliefs or opinions about the police that would affect your ability to fairly and impartially evaluate the evidence against the Defendant in this case?

26. During this trial you may hear from or about witnesses who work in law enforcement, including the Federal Bureau of Investigation.  Do you have any beliefs or opinions about law enforcement officers that would affect your ability to fairly and impartially evaluate the credibility of a law enforcement officer, like any other witness, simply because he or she is a law enforcement officer?

27. Do you have any beliefs or opinions about the United States Attorney's Office, the U.S. Department of Justice, criminal defense attorneys, the U.S. Capitol Police or Federal Bureau of Investigation, any other law enforcement agency, or the government generally that would make it difficult for you to remain fair and impartial to both the government and the Defendant throughout the trial in this case?

Ability to Serve and Deliberate

28. The parties anticipate the trial will last approximately six days. Would jury service on a matter of that length cause a severe and unavoidable hardship to you?

29. The prosecution has the burden of proof. This means that the jury cannot return a guilty verdict against a defendant unless the prosecution has proven beyond a reasonable doubt that the defendant is guilty of the crime charged. Would you have any difficulty accepting and applying this legal instruction?

30. Every defendant in a criminal trial is presumed innocent and, therefore, has no obligation to testify or present any evidence in the case. Would you have any difficulty accepting and applying this legal instruction?

31. To reach a verdict on a particular charge, every juror must agree on the verdict. That is, any verdict must be unanimous. In deliberations you must consider the opinions and points of your fellow jurors, but you must also follow your own conscience and be personally satisfied with any verdict. Would you have difficulty expressing your own opinions and thoughts about this case to your fellow jurors?

32. I will instruct you on the law you must follow in rendering a verdict in this case. Is there anything that would prevent you from following the law as I instruct?

33. Is there anything about your political beliefs or affiliations that would prevent you from following the law as I instruct you or reaching a verdict based solely on the evidence you receive during the trial?

34. Do you have any difficulty seeing or hearing that would make it difficult for you to follow or receive the evidence presented in the case?

35. Are you taking any medications or do you have any physical condition that could make it difficult for you to sit as a juror and give your full attention to the trial and the evidence in this case?

36. Do you feel so uncomfortable being in a room with other jurors and trial participants, due to the COVID-19 pandemic that it would be difficult for you to pay attention or otherwise to serve as a juror in this case?

37. Do you have any difficulty speaking, understanding, reading, or writing the English language?

38. Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person in a criminal trial?

39. Can you think of any other matter that might have some bearing on your ability to serve as a juror or your ability to render a fair and impartial verdict based solely on the evidence and my instructions on the law?