UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>Defendant. | Case No. 21-CR-628 (ABJ) |

### RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

    The United States of America, by and through undersigned counsel, hereby provides this response to Defendant's Notice of Supplemental Authority ("Notice") as to the proposed jury instructions in the above-captioned case (D.E. 47). Specifically, in the Notice Defendant stated that he was in the process of obtaining the transcript of the district court's jury instructions *in United States v. William Jefferson* and would supplement his submission upon receipt of the transcript. In researching the case, the United States was able to locate a transcript of the district court's jury instructions, and in the interest of efficiency attaches a copy hereto. The United States reserves its right to provide additional substantive response to Defendant's Notice, if necessary, at a later date.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar Number 481052

    */s/ Mary L. Dohrmann*
    MARY L. DOHRMANN
    Assistant United States Attorney
    NY Bar No. 5443874
    601 D Street N.W.
    Washington, DC 20530

2

Mary.Dohrmann@usdoj.gov
(202) 252-7035

*/s/ Anne P. McNamara*
ANNE P. MCNAMARA
Assistant United States Attorney
DC Bar No. 1006550
601 D. Street N.W.
Washington, DC 20530
Anne.McNamara2@usdoj.gov
(202) 809-3502