UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-CR-628 (ABJ) |
| MICHAEL ANGELO RILEY, | |
| Defendant. | |

### NOTICE REGARDING FACEBOOK VIDEO EXHIBITS

The United States of America, in accordance with the Court's order issued orally on September 12, 2022, and by Minute Order on September 13, 2022, hereby provides the below chart regarding videos obtained from J.H.'s Facebook ("FB") account:

| Ex. No. | Video ID (FB) | Video Bates | How Transmitted | Date/Time (FB) | Corresp. FB Record Bates (Ex. 9) |
|---|---|---|---|---|---|
| 10.1 | 452047429152414 | USA-004354 | Post to FB Page | 2021-01-07 05:45:24 UTC | USA-002757 |
| 10.2 | 743650243196333 | USA-004355 | Direct Message to Defendant | 2021-01-07 18:57:43 UTC | USA-002759 |
| 10.4 | 1053914875087084 | USA-004357 | Direct Message to Defendant | 2021-01-07 18:57:46 UTC | USA-002759 |
| 10.5 | 1099902310443803 | USA-004358 | Direct Message to Defendant | 2021-01-07 18:57:48 UTC | USA-002760 |
| 10.6 | 2905045256451172 | USA-004359 | Direct Message to Defendant | 2021-01-07 19:10:42 UTC | USA-002763 |
| 10.3 | 792944088099986 | USA-004356 | Direct Message to Defendant | 2021-01-07 19:11:03 UTC | USA-002764 |

Exhibit 9 is a Facebook Business Record reflecting the video ID, date/time information, and accompanying post or messages for each video, as listed in the above chart. The videos in USAO-004354 and USAO-004358 are the same length and capture the same events. The Government anticipates renumbering the exhibits to reflect the chronology documented in the above chart.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN
Assistant United States Attorney
NY Bar No. 5443874
601 D Street N.W.
Washington, DC 20530
Mary.Dohrmann@usdoj.gov
(202) 252-7035

*/s/ Anne P. McNamara*
ANNE P. MCNAMARA
Assistant United States Attorney
DC Bar No. 1006550
601 D Street N.W.
Washington, DC 20530
Anne.McNamara2@usdoj.gov
(202) 809-3502