IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

**DEFENDANT'S SUPPLEMENT TO THE PARTIES' JOINT PRETRIAL STATEMENT**

Defendant, Michael Angelo Riley, through his undersigned counsel, files this brief supplement to the parties' Joint Pretrial Statement (D.E. 45) that incorporates Defendant's amended exhibit list (attached hereto as Exhibit 1) and Defendant's amended witness list (attached hereto as Exhibit 2). The Defendant also notes that Defendant's Exhibit 19 was produced in electronic format on thumb drives provided earlier today to the Court and to the Court's Deputy Clerk. The Defendant further notes that the Government produced its revised exhibit list and exhibits earlier this afternoon. As the Government's production contains certain new, reformatted, and summary exhibits, the Defendant will promptly review those materials, and submit timely objections, where appropriate. Finally, the parties continue to finalize stipulations to resolve the need for the presentation of certain evidence and will promptly submit those stipulations to the Court to the extent an agreement can be reached.

Dated: September 29, 2022

Respectfully submitted,

**S**ILVERMAN|**T**HOMPSON|**S**LUTKIN|**W**HITE, LLC

   /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Michael Angelo Riley*