# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-CR-00628 (ABJ)** |
| **MICHAEL ANGELO RILEY,** | |
| *Defendant.* | |

## DEFENDANT'S AMENDED EXHIBIT LIST

The Defendant's amended list of exhibits is below. This list does not include any exhibits that the Defendant may use to cross-examine the Government's witnesses, use to refresh their recollection, or to impeach them if necessary. In the list below, where indicated, the Defendant also identifies exhibits that he intends to use for identification purposes. Pursuant to the Court's Scheduling Order (D.E. No. 33) and Order on Admissibility of Exhibits (Sept. 13, 2022 Min. Order), the Defendant respectfully reserves his right to amend his list as necessary in preparation for trial and in response to any changes made by the Government to its witness and exhibits lists (per its reservation to do so).[1] So as to have an adequate record of the Court's prior ruling on the Defendant's exhibits, exhibits have not been renumbered and where appropriate, an indication is made for exhibits that the Court previously excluded.

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't Objs. |
|---|---|---|---|---|---|---|---|
| 1 | *Excluded* | | | | | | |

---

[1] Following the parties' September 12, 2022 Pretrial Conference, the Government made a production of discovery to the defense. The review of that discovery is still ongoing, which may require revisions to the Defendant's exhibits list.

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't's Objs. |
|---|---|---|---|---|---|---|---|
| 2 | Jacob Hiles-January 6, 2022 Facebook Post **_Identification Purposes_** | | | | | | 401, 403, 801(c) |
| 3 | **_Excluded_** | | | | | | |
| 4 | **_Excluded_** | | | | | | |
| 5 | Jacob Hiles Statement of Offense **_Identification Purposes_** | | | | | | 401, 403 |
| 6 | Jacob Hiles Plea Agreement **_Identification Purposes_** | | | | | | 401, 403 |
| 7 | Jacob Hiles Judgment & Commitment Order **_Identification Purposes_** | | | | | | 401, 403 |
| 8 | Government Sentencing Memorandum in U.S. v. Hiles **_Identification Purposes_** | | | | | | 401, 403 |
| 9 | Hiles Sentencing Memorandum **_Identification Purposes_** | | | | | | 401, 403, 801(c) |
| 10 | May 22, 2022 Hiles Facebook Post **_Identification Purposes_** | | | | | | 401, 403 |
| 11 | **_Excluded_** | | | | | | |
| 12 | Riley 2021 Career Service Award | | | | | | 106, 401, 403, 404 |
| 13 | Riley 25 Year Certificate | | | | | | 106, 401, 403, 404 |

2

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) | Gov't's Objs. |
|---|---|---|---|---|---|---|---|
| 14 | *Excluded* | | | | | | |
| 15 | SA Hart Recording Riley Interview *Identification Purposes* | USA-002618 | | | | | 801(c), 401, 403 |
| 16 | SA Merriman Recording Riley Interview *Identification Purposes* | USA-002620 | | | | | 801(c), 401, 403 |
| 17 | Transcript of Riley Interview *Identification Purposes* | USA-3531-3577 | | | | | 801(c), 401, 403 |
| 18 | Riley Facebook Communications with Hiles | USA-3119-3120 | | | | | 403 (cumulative of Gov't Exhibit) |
| 19 | Composite Video of Michael Riley on January 6, 2022 | | | | | | 106, 401, 403, 404 |
| 20 | *Withdrawn* (as contained in Ex. 19) | | | | | | |
| 21 | Email from Hiles Counsel to Government *Identification Purposes* | USA-4302 | | | | | 106, 401, 403 |
| 22 | Ariel View U.S. Complex | | | | | | *Pending* |
| 23 | U.S. Capitol Complex | | | | | | *Pending* |
| 24 | Hiles Facebook Post | USA-4405 | | | | | *Pending* |