# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>  *Defendant.* | Case No. 21-CR-00628 (ABJ) |

**DEFENDANT'S WITNESS LIST**

  The Defendant's list of witnesses whom the jury may hear from or about during his case-in-chief is below. Pursuant to the Court's Scheduling Order (ECF No. 33), the Defendant respectfully reserves the right to call unlisted witnesses as necessary to the extent new information arises or the Government modifies its witness list (as it has so reserved its ability to do): [1]

1. Special Agent Stephen Hart, FBI
2. Special Agent Brandon Merriman, FBI
3. Special Agent Charles Neilsen, FBI
4. Civilian with initials B.S.
5. Civilian with initials J.H.
6. Civilian with initials M.D.
7. Civilian with initials J.P.
8. U.S. Capitol Police Officer with initials V.L.
9. U.S. Capitol Police Officer with initials G.P.
10. U.S. Capitol Police Officer with initials J.T.

---

[1] Following the parties' September 12, 2022 Pretrial Conference, the Government made a production of discovery to the defense. The review of that discovery is still ongoing, which may require revisions to the Defendant's witness list.

11. U.S. Capitol Police Officer with initials T.W.

12. Michael Angelo Riley