UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-CR-00628 (ABJ) |
| MICHAEL ANGELO RILEY, | |
| *Defendant.* | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The Government's amended list of exhibits that it may introduce its case-in-chief is below, pursuant to the Court's September 13, 2022, Minute Order.[1] Further, pursuant to the Court's Scheduling Order (ECF No. 33), the Government respectfully reserves the right to amend its list as necessary in preparation for trial and for any rebuttal to the Defendant's case-in-chief.

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| | **100 Series: J.H. Cellular Telephone Records** | | | | | |
| 100 | J.H. Cell Phone Screenshots | USA-003039-USA-003047 | | | | |
| 101 | J.H. Cell Phone Contact Card | USA-003065 | | | | |
| 102 | J.H. Cell Phone Call Log | USA-003064 | | | | |
| 103 | J.H. Cell Phone Text Message, 1-16-2021 (1) | USA-004277 | | | | |
| 104 | J.H. Cell Phone Text Message, 1-16-2021 (2) | USA-004284 | | | | |

---

[1] For ease of reference, the Government will also separately provide the Court and Defendant with a copy of the list that cross-references the prior exhibit numbers and any rulings that the Court made on admissibility of certain exhibits, as memorialized in the September 13, 2022 Minute Order.

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | **200 Series: J.H. Facebook Records** | | | | | |
| 200 | J.H. Facebook Records – "Friend" Status with Defendant | USA-002967-USA-002969 | | | | |
| 201 | J.H. Facebook Records – Post | USA-002756-USA-002757 | | | | |
| 201a | J.H. Facebook Records – Post (Summary Version) | USA-004489 | | | | |
| 201.1 | J.H. Facebook Records – Video Accompanying Post | USA-004354 | | | | |
| 202 | J.H. Facebook Records – Direct Messages with Defendant | USA-002758-USA-002821 | | | | |
| 202a | J.H. Facebook Records – Direct Messages with Defendant (Summary Version) | USA-004431-USA-004484 | | | | |
| 202.1 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004355 | | | | |
| 202.2 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004357 | | | | |
| 202.3 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004358 | | | | |
| 202.4 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004359 | | | | |
| 202.5 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004356 | | | | |
| 202.6 | J.H. Facebook Records – Newspaper Article Linked in Direct Message to Defendant | USA-002472-USA-002483 | | | | |

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 202.7 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | USA-004430 | | | | |
| | | | | | | |
| | **300 Series: Defendant Facebook Records** | | | | | |
| 300 | Defendant Facebook Records – Subscriber Information | USA-002104-USA-002111 | | | | |
| 301 | Defendant Facebook Records - "Friend" Status with J.H. | USA-004078-USA-004080 | | | | |
| 302 | Defendant Facebook Records – Tag of Defendant in J.H. Post | USA-004081 | | | | |
| 303 | Defendant Facebook Records – Direct Message from M.I. | USA-004422 | | | | |
| 304 | Defendant Facebook Records – Direct Messages with J.H. | USA-004082-USA-004083 | | | | |
| 304a | Defendant Facebook Records – Direct Messages with J.H. (Summary Version) | USA-004490-USA-004491 | | | | |
| 305 | Defendant Facebook Records - "Friend" Status with B.S. | USA-004220 | | | | |
| 306 | Defendant Facebook Records – Direct Messages with B.S. | USA-004231-USA-004236 | | | | |
| 306a | Defendant Facebook Records – Direct Messages with B.S. (Summary Version) | USA-004485-USA-004488 | | | | |
| 306.1 | Defendant Facebook Records – Video Sent by Direct Message from B.S. to Defendant | USA-002509 | | | | |

| Exhibit No. | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  | **400 Series: Defendant Cellular Telephone Records** |  |  |  |  |  |
| 400 | Defendant Verizon Call Records | USA-002352 (selected), USA-002336 |  |  |  |  |
| 401 | Defendant Cell Phone – Text Messages with V.L. | USA-003154-USA-003164 |  |  |  |  |
| 401.1 | Defendant Cell Phone – File Sent to V.L. | USA-004394 |  |  |  |  |
| 402 | Defendant Cell Phone – Text Messages with G.P. | USA-003165-USA-003169 |  |  |  |  |
| 402.1 | Defendant Cell Phone – File Sent to G.P. | USA-004395 |  |  |  |  |
| 402.2 | Defendant Cell Phone – Files Sent to G.P. | USA-004396-USA-004397 |  |  |  |  |