UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    No. 21-cr-628-ABJ |
| v. | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant.* | : |

## STIPULATION

The parties in this case, the United States of America and Defendant Michael Angelo Riley, hereby agree and stipulate as follows:

1. From January 7, 2021, through January 11, 2021, Michael Angelo Riley was placed on COVID-19 leave as a result of notifying the United States Capitol Police of a potential exposure to COVID-19.


*/s/ Christopher Macchiaroli*        */s/ Mary L. Dohrmann*
Christopher Macchiaroli                Mary L. Dohrmann
Emma Mulford                           Anne P. McNamara

*Counsel for Defendant*                *Counsel for the United States of America*