UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-CR-00628 (ABJ) |
| MICHAEL ANGELO RILEY, | |
| *Defendant.* | |

### GOVERNMENT'S COMPREHENSIVE AMENDED EXHIBIT LIST

The Government's comprehensive amended list of exhibits that it may introduce its case-in-chief is below, pursuant to the Court's October 1, 2022, Minute Order. Additionally, pursuant to the Court's Scheduling Order (ECF No. 33), the Government respectfully reserves the right to amend its list as necessary in preparation for trial and for any rebuttal to the Defendant's case-in-chief.

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| | | **100 Series: J.H. Cellular Telephone Records** | | | |
| 100 | 5.1 – 5.9 | J.H. Cell Phone Screenshots | Admitted | | USA-003039- USA-003047 |
| 101 | 7 | J.H. Cell Phone Contact Card | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-003065 |
| 102 | 6 | J.H. Cell Phone Cl Log | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-003064 |
| 103 | N/A | J.H. Cell Phone Text Message, 1-16-2021 (1) | | 106 | USA-004277 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| | | | | (USA-000109; USA-000114) | |
| 104 | N/A | J.H. Cell Phone Text Message, 1-16-2021 (2) | | 106 (USA-000109; USA-000114) | USA-004284 |
| | | **200 Series: J.H. Facebook Records** | | | |
| 200 | 8 | J.H. Facebook Records – "Friend" Status with Defendant | Admitted | | USA-002967-USA-002969 |
| 201 | 9 | J.H. Facebook Records – Post | Admitted | | USA-002756-USA-002757 |
| 201a | N/A | J.H. Facebook Records – Post (Summary Version) | | 401, 403, 901 | USA-004489 |
| 201.1 | 10.1 | J.H. Facebook Records – Video Accompanying Post | Admitted | | USA-004354 |
| 202 | 9 | J.H. Facebook Records – Direct Messages with Defendant | Admitted | | USA-002758-USA-002821 |
| 202a | N/A | J.H. Facebook Records – Direct Messages with Defendant (Summary Version) | | 401, 403, 901 | USA-004431-USA-004484 |
| 202.1 | 10.2 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | Admitted | | USA-004355 |
| 202.2 | 10.4 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | Admitted | | USA-004357 |
| 202.3 | 10.5 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | Admitted | | USA-004358 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| 202.4 | 10.6 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | Admitted | | USA-004359 |
| 202.5 | 10.3 | J.H. Facebook Records – Video Sent by Direct Message to Defendant | Admitted | | USA-004356 |
| 202.6 | N/A | J.H. Facebook Records – Newspaper Article Linked in Direct Message to Defendant | | 401, 403, 801, 901, | USA-002472-USA-002483 |
| 202.7 | N/A | J.H. Facebook Records – Video Sent by Direct Message to Defendant | | 401, 403 | USA-004430 |
| | | **300 Series: Defendant Facebook Records** | | | |
| 300 | 4.3 | Defendant Facebook Records – Subscriber Information | Admitted | | USA-002104-USA-002111 |
| 301 | 12 | Defendant Facebook Records - "Friend" Status with J.H. | Admitted | | USA-004078-USA-004080 |
| 302 | 12 | Defendant Facebook Records – Tag of Defendant in J.H. Post | Admitted | | USA-004081 |
| 303 | N/A | Defendant Facebook Records – Direct Message from M.I. | | 401, 403 | USA-004422 |
| 304 | 12 | Defendant Facebook Records – Direct Messages with J.H. | Admitted | | USA-004082-USA-004083 |
| 304a | N/A | Defendant Facebook Records – Direct Messages with J.H. (Summary Version) | | 401, 403, 901 | USA-004490-USA-004491 |
| 305 | 13 | Defendant Facebook Records - "Friend" Status with B.S. | Admitted | | USA-004220 |
| 306 | 13 | Defendant Facebook Records – Direct Messages with B.S. | Admitted | | USA-004231- |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| | | | | | USA-004236 |
| 306a | N/A | Defendant Facebook Records – Direct Messages with B.S. (Summary Version) | | 401, 403, 901 | USA-004485- USA-004488 |
| 306.1 | 14 | Defendant Facebook Records – Video Sent by Direct Message from B.S. to Defendant | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-002509 |
| | | **400 Series: Defendant Cellular Telephone Records** | | | |
| 400 | 3 | Defendant Verizon Call Records | Admitted (as redacted) | | USA-002352 (selected), USA-002336 |
| 401 | 15 | Defendant Cell Phone – Text Messages with V.L. | Admitted | | USA-003154- USA-003164 |
| 401.1 | N/A | Defendant Cell Phone – File Sent to V.L. | | 401, 403 | USA-004394 |
| 402 | 16 | Defendant Cell Phone – Text Messages with G.P. | Admitted | | USA-003165- USA-003169 |
| 402.1 | N/A | Defendant Cell Phone – File Sent to G.P. | | 401, 403 | USA-004395 |
| 402.2 | N/A | Defendant Cell Phone – Files Sent to G.P. | | | USA-004396- USA-004397 |
| | | **Remaining Exhibits with Original Numbering** | | | |
| | 1 | Sec. 3331, Title 5 U.S.C. Oath, dated Apr. 8, 1996 | [To be removed if the parties reach a stipulation] | 401, 403 | USA-003485 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| | 2 | USCP Schedule, January 6, 2021 | [To be removed if the parties reach a stipulation] | 106 | USA-001887-USA-001897 |
| | | | | | |
| | | | | | |