# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 21-cr-628-ABJ |
| v. : | |
| MICHAEL ANGELO RILEY, : | |
| *Defendant.* : | |

## STIPULATIONS

The parties in this case, the United States of America and Defendant Michael Angelo Riley, hereby agree and stipulate as follows:

1. Michael Angelo Riley was a sworn United States Capitol Police Officer during the time of the conduct alleged in Counts 1 and 2 of the Indictment.

2. From January 7, 2021, through January 11, 2021, Michael Angelo Riley was placed on COVID-19 leave as a result of notifying the United States Capitol Police of a potential exposure to COVID-19.


*/s/ Christopher Macchiaroli*       */s/ Mary L. Dohrmann*
Christopher Macchiaroli             Mary L. Dohrmann
Emma Mulford                     Anne P. McNamara

*Counsel for Defendant*            *Counsel for the United States of America*