UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>    *Defendant.* | Case No. 21-CR-00628 (ABJ) |

### GOVERNMENT'S UPDATED COMPREHENSIVE EXHIBIT LIST

The Government's updated comprehensive list of exhibits that it may introduce its case-in-chief is below, pursuant to the Court's October 1, 2022, Minute Order.[1] Additionally, pursuant to the Court's Scheduling Order (ECF No. 33), the Government respectfully reserves the right to amend its list as necessary in preparation for trial and for any rebuttal to the Defendant's case-in-chief.

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| | | **100 Series: J.H. Cellular Telephone Records** | | | |
| 100 | 5.1 – 5.9 | J.H. Cell Phone Screenshots | Admitted | | USA-003039-USA-003047 |
| 101 | 7 | J.H. Cell Phone Contact Card | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-003065 |

---

[1] Exhibits added or modified after the Government filed a Comprehensive Amended Exhibit List (ECF No. 55) and provided updated exhibits to the Court on October 5, 2022, are identified in bolded italics.

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| 102 | 6 | J.H. Cell Phone Call Log | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-004497 |
| 103 | N/A | J.H. Cell Phone Text Message, 1-16-2021 (1) | N/A | 106 (USA-000109; USA-000114) | USA-004277 |
| 104 | N/A | J.H. Cell Phone Text Message, 1-16-2021 (2) | N/A | 106 (USA-000109; USA-000114) | USA-004284 |
| | | **200 Series: J.H. Facebook Records** | | | |
| 200 | 8 | J.H. Facebook Records – "Friend" Status with Defendant | Admitted | | USA-002967-USA-002969 |
| 201 | 9 | J.H. Facebook Records – Post | Admitted | | USA-002756-USA-002757 |
| 201a | N/A | J.H. Facebook Records – Post (Formatted Version) | N/A | 401, 403, 901 | USA-004489 |
| 201.1 | 10.1 | J.H. Facebook Records – Video Accompanying Post Made on 2021-01-07 05:45:24 UTC | Admitted | | USA-004354 |
| 202 | 9 | J.H. Facebook Records – Direct Messages with Defendant | Admitted | | USA-002758-USA-002821 |
| 202a | N/A | J.H. Facebook Records – Direct Messages with Defendant (Formatted Version) | N/A | 401, 403, 901 | USA-004431-USA-004484 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| 202.1 | 10.2 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 18:57:43 UTC | Admitted | | USA-004355 |
| 202.2 | 10.4 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 18:57:46 UTC | Admitted | | USA-004357 |
| 202.3 | 10.5 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 18:57:48 UTC | Admitted | | USA-004358 |
| 202.4 | 10.6 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 19:10:42 UTC | Admitted | | USA-004359 |
| 202.5 | 10.3 | J.H. Facebook Records – Video Sent by Direct Message to Defendant 2021-01-07 19:11:03 UTC | Admitted | | USA-004356 |
| 202.6 | N/A | J.H. Facebook Records – Newspaper Article Linked in Direct Message to Defendant | N/A | 401, 403, 801, 901, | USA-002472-USA-002483 |
| 202.7 | N/A | J.H. Facebook Records – Video Sent by Direct Message to Defendant | N/A | 401, 403 | USA-004430 |
| | | **300 Series: Defendant Facebook Records** | | | |
| 300 | 4.3 | Defendant Facebook Records – Subscriber Information | Admitted | | USA-002104-USA-002111 |
| 301 | 12 | Defendant Facebook Records – "Friend" Status with J.H. | Admitted | | USA-004078-USA-004080 |
| 302 | 12 | Defendant Facebook Records – Tag of Defendant in J.H. Post | Admitted | | USA-004081 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| 303 | N/A | Defendant Facebook Records – Direct Message from M.I. | N/A | 401, 403 | USA-004422 |
| 304 | 12 | Defendant Facebook Records – Direct Messages with J.H. | Admitted | | USA-004082-USA-004083 |
| 304a | N/A | Defendant Facebook Records – Direct Messages with J.H. (Formatted Version) | N/A | 401, 403, 901 | USA-004490-USA-004491 |
| 305 | 13 | Defendant Facebook Records – "Friend" Status with B.S. | Admitted | | USA-004220 |
| 306 | 13 | Defendant Facebook Records – Direct Messages with B.S. | Admitted | | USA-004231-USA-004236 |
| 306a | N/A | Defendant Facebook Records – Direct Messages with B.S. (Formatted Version) | N/A | 401, 403, 901 | USA-004485-USA-004488 |
| 306.1 | 14 | Defendant Facebook Records – Video Sent by Direct Message from B.S. to Defendant | Admitted assuming a witness with personal knowledge can authenticate | 901 | USA-002509 |
| *307* | *N/A* | ***Defendant Facebook Records – Jan. 7 Post by Defendant*** | *N/A* | **401, 403, 801, 901** | *USA-004492-USA-004494* |
| | | **400 Series: Defendant Cellular Telephone Records** | | | |
| 400 | 3 | Defendant Verizon Call Records | Admitted (Selection) | | USA-002352 (Selection) |
| 401 | 15 | Defendant Cell Phone – Text Messages with V.L. | Admitted | | USA-003154-USA-003164 |

| Current Exhibit No. | Original Exhibit No. | Description of Exhibit | Court's Ruling in September 12, Minute Order | Defense Objs to Exhibits Not Yet Admitted | Bates Number |
|---|---|---|---|---|---|
| *401a* | *N/A* | *Defendant Cell Phone – Text Messages and File Exchanged with V.L. (Formatted Version)* | *N/A* | *401, 403, 901* | USA-004497-USA-004503 |
| 401.1 | N/A | Defendant Cell Phone – File Sent to V.L. | N/A | 401, 403 | USA-004394 |
| 402 | 16 | Defendant Cell Phone – Text Messages with G.P. | Admitted | | USA-003165-USA-003169 |
| *402a* | *N/A* | *Defendant Cell Phone – Text Messages and Files Exchanged with G.P. (Formatted Version)* | *N/A* | *401, 403, 901* | USA-004504-USA-004507 |
| 402.1 | N/A | Defendant Cell Phone – File Sent to G.P. | N/A | 401, 403 | USA-004395 |
| 402.2 | N/A | Defendant Cell Phone – Files Sent to G.P. | N/A | | USA-004396-USA-004397 |
| | | **Remaining Exhibits with Original Numbering** | | | |
| Removed | 1 | Sec. 3331, Title 5 U.S.C. Oath, dated Apr. 8, 1996 | [To be removed if the parties reach a stipulation] | 401, 403 | USA-003485 |
| | 2 | USCP Schedule, January 6, 2021 | [To be removed if the parties reach a stipulation] | 106 | USA-001887-USA-001897 |
| | | **500 Series: Stipulations** | | | |
| *500* | *N/A* | *Stipulations as to Defendant's Job and Work Status Jan. 7, 2021, through Jan. 11, 2021* | *N/A* | *N/A* | |