**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  | : |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : | No. 21-cr-628-ABJ |
| v. | : |  |
|  | : |  |
| MICHAEL ANGELO RILEY, | : |  |
|  | : |  |
| *Defendant*. | : |  |
|  | : |  |

**DEFENDANT'S SUPPLEMENT TO THE PARTIES' JOINT PRETRIAL STATEMENT**

Defendant, Michael Angelo Riley, through his undersigned counsel, files this brief supplement to the parties' Joint Pretrial Statement (D.E. 45) that incorporates Defendant's amended witness list (attached hereto as Exhibit 1).

Dated: October 13, 2022         Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Michael Angelo Riley*