# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 21-cr-628-ABJ |
| v. | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant*. | : |

**DEFENDANT'S WITNESS LIST**

Defendant, Michael Angelo Riley, through his undersigned counsel, and pursuant to the Court's Order dated October 13, 2022, identifies his anticipated witnesses for trial as modified pursuant to the Court's rulings at the parties' Pretrial Conference held on October 13, 2022. The Defendant reserves his right to modify his witness list to the extent the Government calls undisclosed witnesses at trial or presents exhibits at trial not yet identified.

1. Stephen Hart, FBI
2. Brandon Merriman, FBI
3. Charles Neilsen, FBI
4. Ben Sheppard
5. Jacob Hiles
6. Michael DeCarlo
7. Jeffrey Pickett
8. Vincent Lagambi, U.S. Capitol Police
9. Gus Papathanasiou, U.S. Capitol Police
10. Michael Riley