# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| MICHAEL ANGELO RILEY, | ) Crim. Action No. 21-0628 (ABJ) |
| Defendant. | ) |

## ORDER

Upon consideration of the parties' proposed revisions to the Court's draft instructions on the elements of the offense, which are attached hereto, the Court will utilize the attached instruction.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE: October 15, 2022