IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 21-cr-628-ABJ |
| v. : | |
| MICHAEL ANGELO RILEY, : | |
| *Defendant*. : | |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

Defendant, Michael Angelo Riley, through his undersigned counsel, submits the following proposed jury instructions for the Court's consideration.

***Supplement* to Obstruction Instruction**

The United States Constitution requires an indictment by a grand jury for all felony offenses. A prosecutor presents evidence to a grand jury when seeking an indictment. An indictment can charge a defendant with felony offenses, misdemeanor offenses, or both. At the request of a prosecutor, the grand jury can issue subpoenas requesting the production of witnesses and documents to the grand jury. An indictment is not required for misdemeanor offenses. Misdemeanor offenses may be charged by an information, which is a document signed by a prosecutor identifying the charges brought against a defendant.

Obstruction of an FBI investigation cannot constitute obstruction of a grand jury proceeding as charged in Counts One and Two.

The defendant's failure to report information as a police officer cannot constitute obstruction of a grand jury proceeding as charged in Counts One and Two.

Dated: October 21, 2022

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

　　/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-6249
Facsimile:  (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Michael Riley*