CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL ANGELO RILEY

Civil/Criminal No.: 21-CR-628 (ABJ)

**FILED**

**OCT 2 6 2022**

Clerk, U.S. District and Bankruptcy Courts

**NOTE FROM JURY**

The jury has come to decision on one count and is still in a deadlock discussion on the other. We are done for the day and will continue tomorrow.

Date: 10/26/2022
Time: 4:41 pm