CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL ANGELO RILEY

Civil/Criminal No.: 21-CR-628 (ABJ)

**FILED**

OCT 27 2022

Clerk, U.S. District and
Bankruptcy Courts

### NOTE FROM JURY

The jury remains in deadlock for one of the two counts and is likely to need deliberation into Friday. The deadlock has stated that "[they] are done".

One jury member has expressed they have an 8:00am critical doctors appointment that is not reschedulable. The individual confirmed that they would likely be able to make it back by 12:30pm.

Please advise.

Note: Another jury member has a critical doctors appointment Monday morning.

Date: 10/27/2022

Time: 3:19 am