IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :  No. 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

**DEFENDANT'S NOTICE OF FILING OF RESPONSE TO
COURT'S OCTOBER 27, 2022 MINUTE ORDER REGARDING JURY NOTE**

Defendant, Michael Angelo Riley, through his undersigned counsel, files his response to the Court's October 27, 2022 Minute Order regarding Jury Note and states as follows:

1. In light of the jury's indication of a deadlock and that one or more jurors were done with deliberations as to that deadlock (*see* Jury Note (D.E. 69)), in concert with a jury note from the prior day indicating a deadlock (*see* Jury Note (D.E. 67)), the Defendant requests that the Court take the partial verdict and declare a mistrial as to the count on which the jury is deadlocked and cannot reach unanimity.

2. Notwithstanding that request, to the extent the Court still wishes to give an instruction, the Defendant would request the *Thomas* instruction without deviation. *See United States v. Thomas*, 449 F.2d 1177, 1184-86 (D.C. Cir. 1971) (*en banc*).

Dated: October 28, 2022          Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

  /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Michael Angelo Riley*