CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MICHAEL ANGELO RILEY

Civil/Criminal No.: 21-CR-628 (ABJ)

**FILED**
OCT 28 2022
Clerk, U.S. District and Bankruptcy Courts

### NOTE FROM JURY

We have reached a unanimous verdict on the second count.

On the first count we have, after lengthy discussions and multiple approaches, reached a deadlock that we feel certain will not shift or alter.

Date: 10/28/2022
Time: 1:35 PM