UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL ANGELO RILEY,<br><br>Defendant. | Crim. No. 21-CR-628 (ABJ) |

## VERDICT FORM

### Count 1

I. How do you find Defendant Michael Angelo Riley on the charge of Obstruction of Justice in Count 1 of the Indictment?

_____Guilty       _____Not Guilty

### Count 2

II. How do you find Defendant Michael Angelo Riley on the charge of Obstruction of Justice in Count 2 of the Indictment?

_____✓_____Guilty       _____Not Guilty

10/28/2022
Date