UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 21-CR-00628 (ABJ) |
| MICHAEL ANGELO RILEY, | |
| *Defendant.* | |

## GOVERNMENT'S TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (Date & Time) |
|---|---|---|---|---|---|
| | **100 Series: J.H. Cellular Telephone Records** | | | | |
| 100 | J.H. Cell Phone Screenshots | | 10/21/22 10/19/22 | Riley Hart | |
| 101 | J.H. Cell Phone Contact Card | | 10/19/22 | Hart | |
| 102 | J.H. Cell Phone Call Log | | 10/19/22 | Hart | |
| | **200 Series: J.H. Facebook Records** | | | | |
| 200 | J.H. Facebook Records – "Friend" Status with Defendant | | 10/19/22 | Hart | |
| 201 | J.H. Facebook Records – Post | | 10/19/22 | Hart | |
| 201a | J.H. Facebook Records – Post (Formatted Version) | | 10/24/22 10/19/22 | Riley Hart | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (Date & Time) |
|---|---|---|---|---|---|
| 201.1 | J.H. Facebook Records – Video Accompanying Post Made on 2021-01-07 12:45:24 a.m. (EST) | | 10/19/22 | HART | |
| 202 | J.H. Facebook Records – Direct Messages with Defendant | | 10/24/22 10/19/22 | RILEY HART | |
| 202a | J.H. Facebook Records – Direct Messages with Defendant (Formatted Version) | | 10/24/22 10/19/22 | RILEY HART | |
| 202.1 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 1:57:43 p.m. (EST) | | 10/19/22 | HART | |
| 202.2 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 1:57:46 p.m. (EST) | | 10/19/22 | HART | |
| 202.3 | J.H. Facebook Records – Video Sent by Direct Message to Defendant on 2021-01-07 1:57:48 p.m. (EST) | | 10/19/22 | HART | |
| | **300 Series: Defendant Facebook Records** | | | | |
| 300 | Defendant Facebook Records – Subscriber Information | | 10/19/22 | HART | |
| 301 | Defendant Facebook Records – "Friend" Status with J.H. | | 10/19/22 | HART | |
| 302 | Defendant Facebook Records – Tag of Defendant in J.H. Post | | 10/19/22 | HART | |
| 303 | Defendant Facebook Records – Direct Message from M.I. | | 10/19/22 | HART | |
| 304 | Defendant Facebook Records – Direct Messages with J.H. | | 10/19/22 | HART | |
| 304a | Defendant Facebook Records – Direct Messages with J.H. (Formatted Version) | | 10/19/22 | HART | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (Date & Time) |
|---|---|---|---|---|---|
| 305 | Defendant Facebook Records – "Friend" Status with B.S. | | 10/19/22 | HART | |
| 306 | Defendant Facebook Records – Direct Messages with B.S. | | 10/19/22 | HART | |
| 306a | Defendant Facebook Records – Direct Messages with B.S. (Formatted Version) | | 10/24/22 10/20/22 10/19/22 | RILEY SHEPHERD HART | |
| 306.1 | Defendant Facebook Records – Video Sent by Direct Message from B.S. to Defendant | | 10/20 10/19/22 | SHEPHERD HART | |
| 307 | Defendant Facebook Records – Jan. 7 Post by Defendant | | 10/19/22 | HART | |
| | **400 Series: Defendant Cellular Telephone Records** | | | | |
| 400 | Defendant Verizon Call Records | | 10/18/22 | HART | |
| 401 | Defendant Cell Phone – Text Messages with V.L. | | 10/20, 10/24 10/19/22 | CAGAMBI HART/RILEY | |
| 402 | Defendant Cell Phone – Text Messages with G.P. | | 10/19/22 | HART | |
| 402a | Defendant Cell Phone – Text Messages and Files Exchanged with G.P. (Formatted Version) | | 10/24/22 10/19/22 | RILEY HART | |
| | **500 Series: Stipulations** | | | | |
| 500 | Stipulations as to Defendant's Job and Work Status Jan. 7, 2021, through Jan. 11, 2021 | | 10/18/22 | HART | |
| AMENDED 307 | Def't Facebook Records – Jan 7 Post By Defendt. | | 10/24/22 | Riley | |
| 600 | | 10/24/2022 | | RILEY | |
| 8 | | 10/24/2022 | | RILEY | |
| 308 | | 10/24/22 | | RILEY | |

3