IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | No. 21-cr-628-ABJ |
| v. | : | |
| MICHAEL ANGELO RILEY, | : | |
| *Defendant.* | : | |

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 1 | *Excluded* | | | | | |
| 2 | Jacob Hiles-January 6, 2022 Facebook Post *Identification Purposes* | | | | | |
| 3 | *Excluded* | | | | | |
| 4 | *Excluded* | | | | | |
| 5 | Jacob Hiles Statement of Offense *Identification Purposes* | | | | | |
| 6 | Jacob Hiles Plea Agreement *Identification Purposes* | | | | | |
| 7 | Jacob Hiles Judgment & Commitment Order *Identification Purposes* | | | | | |

1

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 8 | Government Sentencing Memorandum in U.S. v. Hiles *Identification Purposes* | | | | | |
| 9 | Hiles Sentencing Memorandum *Identification Purposes* | | | | | |
| 10 | May 22, 2022 Hiles Facebook Post *Identification Purposes* | | | | | |
| 11 | *Excluded* | | | | | |
| 12 | Riley 2021 Career Service Award | | | 10/24/2022 | Riley | |
| 13 | Riley 25 Year Certificate | | | | | |
| 14 | *Excluded* | | | | | |
| 15 | SA Hart Recording Riley Interview *Identification Purposes* | USA-002618 | | | | |
| 16 | SA Merriman Recording Riley Interview *Identification Purposes* | USA-002620 | | | | |
| 17 | Transcript of Riley Interview *Identification Purposes* | USA-3531-3577 | | | | |
| 18 | Riley Facebook Communications with Hiles | USA-3119-3120 | | | | |
| 19 | Composite Video of Michael Riley on January 6, 2022 | | | 10/24/22 | Riley | |

2

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 20 | *Withdrawn* | | | | | |
| 21 | Email from Hiles Counsel to Government *Identification Purposes* | USA-4302 | | | | |
| 22 | *Excluded* | | | | | |
| 23 | U.S. Capitol Complex | | | 10/24/22 | Riley | |
| 24 | *Excluded* | | | | | |
| 25 | Screenshot Hiles Post Unredacted *For Identification Purposes* | | | | | |
| 25.1 | Screenshot Hiles Post Redacted *For Identification Purposes* | | | X 10/20/22 | Stephen Hart | |
| 26 | Facebook Business Record pp. 1, 4, 21 (With Redactions) | | | X 10/20/22 | Stephen Hart | |
| 27 | Facebook Business Record pp. 1, 197, 544-46 (With Redactions) | | | | | |
| 28 | Facebook Business Record pp. 1039-40 (With Redactions) | | | | | |
| 29 | Facebook Business Record USA-004492-94 (With Redactions) | | | | | |
| 30 | Facebook Business Record pp. 1076-92 (With Redactions) | | | | | |

| Exhibit Number | Description of Exhibit | Bates Number | I.D. | Received in Evidence | Witness | Exhibits Sent to Jury (date & time) |
|---|---|---|---|---|---|---|
| 31 | Stipulation regarding Government Exhibit 307 | | | X | | |