UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                           CRIMINAL NO: 21-628 (ABJ)

v.

MICHAEL ANGELO RILEY

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____          October 25, 2022
Government                             Date

_____          October 25, 2022
Defendant Christopher Macchiaroli      Date

**Exhibits Returned to Counsel:**

EXHIBITS SUBMITTED IN ELECTRONIC FORM AND NOT RETURNED TO COUNSEL

_____          _____
Plaintiff                              Date

_____          _____
Defendant                              Date