IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :   No.: 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

**DEFENDANT'S MOTION TO EXTEND THE TIME
TO FILE DEFENDANT'S MOTION FOR NEW TRIAL**

Defendant Michael Angelo Riley, through undersigned counsel, respectfully requests that the Court extend the time for Defendant to file his motion for new trial until ten days after the Court rules upon Defendant's pending motion for judgment of acquittal, and states as follows:

1. Trial in the present matter commenced on October 17, 2022 and concluded on October 28, 2022, with a mistrial declared as to Count One of the Indictment and a guilty verdict returned as to Count Two of the Indictment. During the trial, the Court reserved ruling on the Defendant's motion for judgment of acquittal that was raised at the conclusion of the Government's case and reraised again after the defense rested its case.

2. Additional briefing on the Defendant's pending motion for judgment of acquittal is still ongoing, with the Government's response to the Defendant's supplemental brief due November 10, 2022 and the Defendant's reply due November 15, 2022.

3. Pursuant to Federal Rule of Criminal Procedure 33, the Defendant must file his motion for new trial by November 11, 2022. *See* Fed. R. Crim. P. 33(b)(2) ("Any motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 14 days

after the verdict or finding of guilty."). Given the pendency of the Defendant's motion for judgment of acquittal, which has the potential of rendering moot any motion for new trial, the Defendant respectfully requests an extension of time to file his motion for new trial until ten days after the Court rules on the Defendant's pending motion for judgment of acquittal.

4. Because the Court's ruling on the Defendant's pending motion for judgment of acquittal may render moot his motion for new trial, the Defendant's requested extension has the potential of saving the resources of the parties from briefing and litigating an unnecessary motion.

5. On November 8, 2022, undersigned counsel sought the Government's position on this motion and the Government indicated that it would not consent to the relief requested by the Defendant.

6. For all these reasons, the Defendant respectfully requests that the Court grant the Defendant's motion and enter the enclosed Proposed Order.

Dated: November 8, 2022                Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Michael Angelo Riley*