IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 21-cr-628-ABJ |
| v. | : | |
| | : | |
| MICHAEL ANGELO RILEY, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

## ORDER

Upon consideration of the Defendant's Motion for New Trial, the Government's Opposition, and the Defendant's Reply, and for good cause shown, it is this _____ day of _____, 2022, ORDERED:

1. Defendant's Motion for New Trial is Granted;

2. The parties shall appear for a status conference on this matter on _____ at _____.

SO ORDERED.

_____
AMY BERMAN JACKSON,
United States District Judge