UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-628 |
| v. : | |
| MICHAEL ANGELO RILEY, : | |
| Defendant. : | |

**NOTICE OF APPEARANCE OF COUNSEL**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Christopher Howland is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:  */s/ Christopher Howland*
Christopher Howland
Assistant United States Attorney
DE Bar No. 5556
601 D Street, NW
Washington, D.C. 20579
(202) 252-7106
chowland@usdoj.gov