# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-628-ABJ |
| | : | |
| **MICHAEL ANGELO RILEY,** | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE

The United States respectfully moves the Court to dismiss Count One in the above-referenced case. As the Court knows, at the conclusion of trial in this matter, the jury convicted the Defendant on Count Two of the Indictment but could not reach a verdict as to Count One. During the Post-Trial Motions hearing on December 19, 2022, the Court inquired as to whether the United States intended to retry Count One. After further review, the United States, in the exercise of its discretion, has determined that Count One should be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48. The government has consulted with the defense, and the defense has indicated that it does not oppose this motion.

WHEREFORE, the United States respectfully requests that Count One of the Indictment be dismissed without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  */s/ Christopher R. Howland*
CHRISTOPHER R. HOWLAND
DE Bar No. 5556
Assistant United States Attorney
Fraud, Public Corruption, and Civil Rights Section
601 D Street, N.W.
Washington, D.C. 20530

(202) 730-6825  
Christopher.Howland@usdoj.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this document to be served upon defense counsel via the Electronic Case Filing (ECF) system, this 21st day of December, 2022.

*/s/ Christopher R. Howland*  
CHRISTOPHER R. HOWLAND  
Assistant United States Attorney