UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | **Criminal No. 21-cr-628-ABJ** |
| **MICHAEL ANGELO RILEY,** : | |
| Defendant. : | |

### ORDER

Upon consideration of the motion to dismiss Count One in this case, it is hereby:

**ORDERED** that Count One of the Indictment in this matter is dismissed without prejudice.

_____
THE HONORABLE AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE