IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :     No. 21-cr-628-ABJ <br> : |
| v. | : <br> : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

**DEFENDANT'S *UNOPPOSED* MOTION TO**
**FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL**

Defendant Michael Angelo Riley, through his undersigned counsel, files the present *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal, and states as follows:

1. On December 19, 2022, this Court scheduled a sentencing hearing in this matter for April 13, 2023.

2. In preparation for sentencing, undersigned counsel plans to file a sentencing memorandum that includes a discussion of Mr. Riley's current medical condition, diagnosis, and treatment schedule (as discussed in the Presentence Report (*see* D.E. 94 at ¶¶ 56-64)). This information will be discussed at length in the Defendant's sentencing memorandum, in attached treatment records, and in character letters submitted by his family members. Given the nature of this medical information and the confidential and highly sensitive and personal identifying information contained and discussed therein, Mr. Riley requests to file his sentencing memorandum under seal.

3. Undersigned counsel has conferred with counsel for the Government, Assistant

United States Attorney Christopher Howland, and Government counsel informs undersigned counsel that the Government does not oppose Mr. Riley's request to file his sentencing memorandum under seal so long as that Mr. Riley files a redacted version of his sentencing memorandum on the public docket subsequent to his sealed filing, which Officer Riley does not oppose doing.

4. Accordingly, Mr. Riley requests that he be permitted to file his sentencing memorandum under seal.

Dated: March 23, 2023                           Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

　　/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Michael Riley*