IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : No. 21-cr-628-ABJ |
| v. | : |
| MICHAEL ANGELO RILEY, | : |
| *Defendant*. | : |

### ORDER

Upon consideration of Defendant's *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal, it is this _____ day of _____ 2023,

ORDERED:

1. that the Defendant's *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal is GRANTED;

2. that the Defendant is permitted to file his sentencing memorandum under seal.

SO ORDERED.

                                                                            AMY BERMAN JACKSON,
                                                                            Judge