**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|                              |   |                    |
|------------------------------|---|--------------------|
|                              | : |                    |
| UNITED STATES OF AMERICA     | : | No. 21-cr-628-ABJ  |
|                              | : |                    |
| v.                           | : |                    |
|                              | : |                    |
| MICHAEL ANGELO RILEY,        | : |                    |
|                              | : |                    |
| *Defendant.*                 | : |                    |
|                              | : |                    |

**DEFENDANT'S MOTION TO MODIFY
COURT ORDER ADVANCING THE DUE DATE FOR
DEFENDANT'S SENTENCING MEMORANDUM BY ONE-WEEK,
OR, IN THE ALTERNATIVE, TO CONTINUE SENTENCING DATE**

Defendant Michael Angelo Riley, through his undersigned counsel, files the present motion and respectfully requests that the Court modify the Court's Minute Order dated March 27, 2023, which advanced the due date for the Defendant's sentencing memorandum by one week, or, in the alternative, continue the presently scheduled sentencing date.

1.      During the status conference held on December 19, 2022, this Court set sentencing in this matter for April 13, 2023. As reflected in the Minute Order for that proceeding, the Court ordered the parties' sentencing memoranda due by *April 6, 2023*. *See* Dec. 19, 2022 Min. Ord. at 1. Undersigned counsel has relied on this deadline in preparing the Defendant's sentencing memorandum and coordinating the collection of letters in support of the Defendant, while at the same time balancing obligations for numerous other matters pending before this Court, including matters related to counsel's work on the Criminal Justice Act panel.

2.      On March 9, 2023, United States Probation filed the Draft Presentence Report ("Draft PSR"). In accordance with Federal Rule of Criminal Procedure 32(f), the parties submitted

their objections to the Draft PSR on March 23, 2023.

3.      Also on that date, the Defendant moved to file his sentencing memorandum under seal, requesting that he be able to keep confidential certain medical information and related sensitive and personal identifying information. As stated in the Defendant's motion, the Government did not oppose the request, so long as the Defendant filed a redacted version on the public docket *subsequent to* filing the sealed version.

4.      On March 27, 2023, this Court granted Defendant's *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal, but also ordered the Defendant to file a redacted, public version of his sentencing memorandum by *March 31, 2023*, one week earlier than the previously set deadline.

5.      The March 31, 2023 deadline gives the Defendant just four days to complete, redact, and file his sentencing memorandum and accompanying letters. The deadline requires the Defendant's sentencing memorandum to be due before the Government's sentencing memorandum, and to be finalized before adequate review of the final Presentence Report by United States Probation. And, as indicated in its objections to the Draft PSR, the Government believes U.S. Probation's calculation of the United States Sentencing Guidelines is incorrect by four offense levels, which will require the Defendant to set forth additional response and argument in his sentencing memorandum. Moreover, in light of other obligations, undersigned counsel would be unable to complete Defendant's sentencing memorandum a week earlier than previously ordered.

6.      Undersigned counsel has conferred with counsel for the Government, Assistant United States Attorney Christopher Howland, regarding the present motion. Government counsel informed undersigned counsel that the Government does not oppose the Defendant's request that

his sentencing memorandum be due by the original deadline of April 6, 2023. Government counsel further advised that the Government does oppose a continuation of the sentencing hearing.

7.      Accordingly, the Defendant respectfully requests that the Court change his sentencing memorandum due date back to April 6, 2023 — the date originally imposed on both parties by the Court. In the alternative, the Defendant requests that the Court continue the current sentencing date of April 13, 2023 to a date agreeable to all parties so that undersigned counsel has sufficient time to present all of the arguments in support of the Defendant's sentencing position, with sufficient time for the Court to review the Defendant's submission, the Government's submission, and any rebuttal submissions by the parties.

Dated: March 27, 2023

Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

 /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com

*Counsel for Defendant Michael Riley*