IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant*. | : <br> : <br> : |

## ORDER

Upon consideration of Defendant's Motion to Modify Court Order Advancing the Due Date for Defendant's Sentencing Memorandum By One-Week, or, in the Alternative, to Continue Sentencing Date, it is this _____ day of _____ 2023,

ORDERED:

1. that the Defendant's Motion is GRANTED, in part, and DENIED, in part; and

2. that the Defendant is permitted to file his sentencing memorandum under seal by April 6, 2023 and shall file a redacted, public version of his sentencing memorandum by _____ 2023.

SO ORDERED.

 

_____
AMY BERMAN JACKSON,
Judge