IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No. 21-cr-628-ABJ <br> : |
| v. | : <br> : |
| MICHAEL ANGELO RILEY, | : <br> : |
| *Defendant.* | : <br> : <br> : |

## DEFENDANT'S NOTICE OF FILING

Defendant Michael Angelo Riley, through his undersigned counsel, hereby provides notice of his filing of a redacted version of his sentencing memorandum (attached hereto) that was filed under seal on April 6, 2023, pursuant to the Court's Minute Order dated March 29, 2023.

Dated: April 6, 2023                                  Respectfully submitted,

                                                           SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

                                                              /s/ Christopher Macchiaroli
                                                           Christopher Macchiaroli (D.C. Bar No. 491825)
                                                           1750 K Street, NW, Suite 810
                                                           Washington, D.C. 20006
                                                           Telephone: (202) 539-2444
                                                           Facsimile: (410) 547-2432
                                                           Email: cmacchiaroli@silvermanthompson.com

                                                           Emma J. Mulford (Bar No. MD0146)
                                                           400 East Pratt Street, Suite 900
                                                           Baltimore, MD 21202
                                                           Telephone: (410) 385-6249
                                                           Facsimile: (410) 547-2432
                                                           Email: emulford@silvermanthompson.com

                                                           *Counsel for Defendant Michael Riley*