IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :  :  No.: 21-cr-628-ABJ : |
| v. | : : |
| MICHAEL ANGELO RILEY, | : : |
| *Defendant*. | : : : |

**DEFENDANT'S NOTICE OF FILING DISCOVERY CORRESPONDENCE**

Defendant Michael Angelo Riley, through his undersigned counsel, hereby files discovery correspondence in this case, which are itemized as follows:

1. Letter dated November 22, 2021 (5 pages);
2. Email dated November 24, 2021 (1 page);
3. Letter dated December 13, 2021 (2 pages);
4. Letter dated May 9, 2022 (2 pages);
5. Letter dated May 19, 2022 (4 pages);
6. Letter dated July 14, 2022 (1 page); and
7. Letter dated April 27, 2023 (2 pages).

Dated: April 27, 2023

Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

/s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile: (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

Emma J. Mulford (Bar No. MD0146)
400 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 385-6249
Facsimile: (410) 547-2432
Email: emulford@silvermanthompson.com