# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-cr-628-ABJ |
| ) | |
| MICHAEL ANGELO RILEY ) | |

## NOTICE OF APPEAL

Name and address of appellant:

> Michael Angelo Riley
> Grasonville, Maryland 21638

Name and address of appellant's attorney:

> Christopher Macchiaroli, Esq.
> Silverman, Thompson, Slutkin & White LLC
> 1750 K Street, NW, Suite 810
> Washington, D.C. 20006

Offense:   Count 2, Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(1)

Concise statement of judgment or order, giving date, and any sentence:

> Judgment dated April 13, 2023, resulting in a sentence of
> twenty-four months of probation (with conditions)

Name and institution where now confined, if not on bail:   Non-custodial sentence.

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| April 26, 2023 | Michael Angelo Riley |
|---|---|
| DATE | APPELLANT |
| | /s/ Christopher Macchiaroli |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ✓
PAID USCA FEE ☐

| | | |
|---|---|---|
| Does counsel wish to appear on appeal? | YES ✓ | NO ☐ |
| Has counsel ordered transcripts? | YES ✓ | NO ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | YES ✓ | NO ☐ |