# United States Court of Appeals
### For The District of Columbia Circuit

**No. 23-3057**  **September Term, 2024**

1:21-cr-00628-ABJ-1

**Filed On: October 29, 2024** [2082602]

United States of America,

    Appellee

v.

Michael Angelo Riley,

    Appellant

### M A N D A T E

In accordance with the judgment of September 6, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                            BY:    /s/
                                      Daniel J. Reidy
                                      Deputy Clerk

Link to the judgment filed September 6, 2024